IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR140 |
| | ) | |
| v. | ) | |
| | ) | |
| PRECIOUS WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for permission to seal (Filing No. 39). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; the motion for downward departure and/or variance and support brief may be filed under seal.

DATED this 13th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court